**John M. DAVIS, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI— Forrest City, Appellee.**

No. 09–3337.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 21, 2010.

Filed: Jan. 27, 2010.

John M. Davis, Forrest City, AR, for Appellant.

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate John M. Davis appeals the district court's[1] dismissal of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, *see Hill v. Morrison,* 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that habeas relief was properly denied. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).